**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| TYRONE JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIV-06-656-R |
| | ) |
| T.C. PETERSON, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Doyle W. Argo entered July 24, 2006. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and Plaintiff's Complaint is DISMISSED upon filing pursuant to 28 U.S.C. § 1915(e)(2)(B).

**It is so ordered this 21st day of August, 2005.**

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE